# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> American Community Newspapers LLC, *et al.*,[2] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-11446 (KJC) <br><br> (Jointly Administered) <br><br> **Ref. No. 71** |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

        June 9, 2009 at 10:00 a.m.. (ET)

        July 7, 2009 at 11:00 a.m. (ET)

Dated: May 14, 2009

                              The Honorable Kevin J. Carey
                              Chief Judge, United States Bankruptcy Court

---

[2] The Debtors are American Community Newspapers LLC, Amendment I, Inc., Leesburg Today, Inc., Loudoun Magazine, Inc., and Loudoun Business, Inc. The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' Chapter 11 petitions.