# SIGN-IN-SHEET

**CASE NAME:** American Community Newspapers LLC  **COURTROOM LOCATION:** 5
**CASE NO.** 09-11446-KJC  **DATE:** May 14, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Rosen | Lowenstein Sandler | Debtors |
| Bruce Horn | " | " |
| William Chipman | Landis Rath & Cobb | " |
| Stephen Miller | Morris James LLP | GECC |
| Mark Kenney | US Trustee | UST |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

Calendar Date: 05/14/2009
Calendar Time: 11:00 AM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

1st Revision 05/14/2009 06:47 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | American Community Newspapers LLC | 09-11446 | Hearing | 2828013 | Sarah Borders | 404-572-3596 | King & Spalding | Creditor, General Electric Capital Corporation / LIVE |
| | | American Community Newspapers LLC | 09-11446 | Hearing | 2829307 | Michael Hainen | (312) 201-3913 | Goldberg Kohn | Creditor, Bank Of Montereal / LIVE |
| | | American Community Newspapers LLC | 09-11446 | Hearing | 2829292 | James Hurysz | (703) 931-9594 | James Hurysz - In Pro Per | Interested Party, James Hurysz / LIVE |
| | | American Community Newspapers LLC | 09-11446 | Hearing | 2829301 | Danielle Juhle | (312) 201-3976 | Goldberg, Kohn, Bell, Black, | Creditor, Bank Of Montereal / LIVE |
| | | American Community Newspapers LLC | 09-11446 | Hearing | 2828075 | Sarah Taub | 404-572-2706 | King & Spalding | Creditor, GE / LIVE |