IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>American Community Newspapers LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-11446 (KJC)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 27, 2009 AT 11:30 A.M.

**CONTINUED MATTER(S):**

1. Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 353 and 365 (i) Authorizing and Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (ii) Authorizing and Approving the Asset Purchase Agreement with Respect Thereto, (iii) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases as Necessary in Connection with the Sale, and (iv) Granting Related Relief, filed on April 28, 2009 [Docket No. 13]

   Response Deadline: May 29, 2009 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A. Notice of Hearing on Motion for Order Under 11 U.S.C. §§ 105(a), 353 and 365 (i) Authorizing and Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (ii) Authorizing and Approving the Asset Purchase Agreement with Respect Thereto, (iii) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases as Necessary in Connection with the Sale, and (iv) Granting Related Relief, filed on May 4, 2009 [Docket No. 53]

---

[1] The Debtors are American Community Newspapers LLC, Amendment I, Inc., Leesburg Today, Inc., Loudoun Magazine, Inc., and Loudoun Business, Inc. The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' Chapter 11 petitions.

    B.    Notice of Hearing on Motion for Order Under 11 U.S.C. §§ 105(a), 353 and 365 (i) Authorizing and Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (ii) Authorizing and Approving the Asset Purchase Agreement with Respect Thereto, (iii) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases as Necessary in Connection with the Sale, and (iv) Granting Related Relief, filed on May 4, 2009 [Docket No. 54]

    C.    Affidavit of Service, filed on May 7, 2009 [Docket No. 60]

    D.    Affidavit of Service, filed on May 7, 2009 [Docket No. 61]

    E.    Re-Notice of Hearing on Motion for Order Under 11 U.S.C. Sections 105(a), 363 and 365 (i) Authorizing and Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (ii) Authorizing and Approving the Asset Purchase Agreement with Respect Thereto, (iii) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases as Necessary in Connection with the Sale, and (iv) Granting Related Relief, filed on May 21, 2009 [Docket No. 93]

Status: This matter has been continued to the hearing scheduled for June 2, 2009 at 11:00 a.m.

2.     Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 363(b) and 503(c)(3) Authorizing the Sale Incentive Program, filed on April 30, 2009 [Docket No. 40]

    Response Deadline: May 20, 2009 at 4:00 p.m. The objection deadline has been extended for the Office of the United States Trustee and the Official Committee of Unsecured Creditors to May 26, 2009 at 4:00 p.m.

    Responses Received: None

    Related Documents: None

    Status: This matter has been continued to the hearing scheduled for June 2, 2009 at 11:00 a.m.

**MATTER(S) GOING FORWARD:**

3.     Debtors' Motion for Entry of an Order Pursuant to Sections 105(a), 363(b), 541 and 507(a)(8) of the Bankruptcy Code (i) Authorizing, but not Directing Payment of Certain Prepetition Taxes and (ii) Authorizing and Directing Financial Institutions to Process Any Related Checks and Transfers, filed on April 28, 2009 [Docket No. 7]

    Response Deadline: May 20, 2009 at 11:00 a.m.

    Responses Received: None

Related Documents: None

Status: This matter will go forward.

4. Motion of the Debtors for Entry of an Order Authorizing the Debtors to file (a) a Consolidated List of the Thirty Largest Unsecured Creditors; and (b) Mail Initial Notices, filed on April 30, 2009 [Docket No. 38]

    Response Deadline: May 20, 2009 at 11:00 a.m.

    Responses Received: None

    Related Documents: None

    Status: This matter will go forward.

5. Debtors' Motion for Order Extending the Time to File Schedules and Statements of Financial Affairs, filed on April 30, 2009 [Docket No. 39]

    Response Deadline: May 20, 2009 at 11:00 a.m.

    Responses Received: None

    Related Documents: None

    Status: This matter will go forward.

6. Application of the Debtors for Order Pursuant to Sections 327, 328 and 1107 of the Bankruptcy Code and Fed. R. Bankr. P. 2014 Authorizing the Employment and Retention of Lowenstein Sandler PC as Counsel to the Debtors, filed on May 7, 2009 [Docket No. 62]

    Response Deadline: May 20, 2009 at 11:00 a.m.

    Responses Received: None

    Related Documents: None

    Status: This matter will go forward.

7. Application of the Debtors for Order Authorizing the Employment of Graubard Miller as Special Corporate Counsel to the Debtors, filed on May 7, 2009 [Docket No. 63]

    Response Deadline: May 20, 2009 at 11:00 a.m.

    Responses Received: None

Related Documents: None

Status: This matter will go forward.

8. Application for an Order Pursuant to Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Landis Rath & Cobb LLP, as Delaware Counsel to the Debtors and Debtors-in-Possession Effective, *Nunc Pro Tunc*, to the Petition Date, filed on May 7, 2009 [Docket No. 64]

   Response Deadline: May 20, 2009 at 11:00 a.m.

   Responses Received: None

   Related Documents: None

   Status: This matter will go forward.

9. Application of the Debtors for Order Pursuant to Sections 327 and 328 of the Bankruptcy Code Authorizing the Employment of Carl Marks Securities LLC as Financial Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date, filed on May 7, 2009 [Docket No. 65]

   Response Deadline: May 20, 2009 at 11:00 a.m. The objection deadline has been extended for the Official Committee of Unsecured Creditors to May 22, 2009 at 12:00 p.m.

   Responses Received: None

   Related Documents: None

   Status: This matter will go forward.

Dated: May 22, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Mark D. Olivere
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Eric H. Horn, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone:    (973) 597-2500
Facsimile:    (973) 597-2400

*Proposed Counsel to Debtors*
*and Debtors In Possession*