IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>American Community Newspapers LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-11446 (KJC)<br><br>(Jointly Administered) |
| In re:<br><br>American Community Newspapers Inc.<br><br>Debtors. | Chapter 11<br><br>Case No. 09-11854 (KJC) |

## NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 2, 2009 AT 11:00 A.M.

### UNCONTESTED MATTER(S) GOING FORWARD:

1. Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 363(b) and 503(c)(3) Authorizing the Sale Incentive Program, filed on April 30, 2009 [Docket No. 40]

    Response Deadline: May 20, 2009 at 4:00 p.m. The objection deadline has been extended for the Office of the United States Trustee and the Official Committee of Unsecured Creditors to May 26, 2009 at 4:00 p.m.

    Responses Received: None

    Related Documents: None

    Status: This matter will go forward.

---

[1] The Debtors are American Community Newspapers LLC, Amendment I, Inc., Leesburg Today, Inc., Loudoun Magazine, Inc., and Loudoun Business, Inc. The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' Chapter 11 petitions.

[2] **Amended Items Appear in Bold.**

{W0000076.}

2.  Motion of Official Committee of Unsecured Creditors for an Order Extending the Committee's Investigation Period Provided Under the Final DIP Financing Order and for Other Related Relief, filed on May 27, 2009 [Docket No. 110]

    Response Deadline: June 2, 2009 at 11:00 a.m.

    Responses Received: None

    Related Documents:

    A.  Order Granting Motion of the Official Committee of Unsecured Creditors for an Expedited Hearing on and to Shorten Notice Period of the Committee's Motion for Entry of an Order Extending the Investigation Period Provided Under the Final DIP Financing Order and for Other Related Relief, entered on May 28, 2009 [Docket No. 116]

    Status: This matter will go forward.

**CONTESTED MATTER(S):**

3.  Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 353 and 365 (i) Authorizing and Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (ii) Authorizing and Approving the Asset Purchase Agreement with Respect Thereto, (iii) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases as Necessary in Connection with the Sale, and (iv) Granting Related Relief, filed on April 28, 2009 [Docket No. 13]

    Response Deadline: May 29, 2009 at 4:00 p.m.

    Responses Received:

    A.  PDQ Temporaries, Inc.'s Objection to Cure Amounts, filed on May 27, 2009 [Docket No. 103]

    B.  Preliminary Objection of Official Committee of Unsecured Creditors to Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 353 and 365 (i) Authorizing and Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (ii) Authorizing and Approving the Asset Purchase Agreement with Respect Thereto, (iii) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases as Necessary in Connection with the Sale, and (iv) Granting Related Relief, filed on May 28, 2009 [Docket No. 112]

    **C. Vision Data's Objection to Cure Amount, filed on June 1, 2009 [Docket No. 127]**

Related Documents:

A. Affidavit of Service, filed on April 30, 2009 [Docket No. 32]

B. Notice of Hearing on Motion for Order Under 11 U.S.C. §§ 105(a), 353 and 365 (i) Authorizing and Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (ii) Authorizing and Approving the Asset Purchase Agreement with Respect Thereto, (iii) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases as Necessary in Connection with the Sale, and (iv) Granting Related Relief, filed on May 4, 2009 [Docket No. 53]

C. Notice of Hearing on Motion for Order Under 11 U.S.C. §§ 105(a), 353 and 365 (i) Authorizing and Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (ii) Authorizing and Approving the Asset Purchase Agreement with Respect Thereto, (iii) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases as Necessary in Connection with the Sale, and (iv) Granting Related Relief, filed on May 4, 2009 [Docket No. 54]

D. Affidavit of Service, filed on May 7, 2009 [Docket No. 60]

E. Affidavit of Service, filed on May 7, 2009 [Docket No. 61]

F. Order (i) Approving Sale Procedures, (ii) Approving Form and Manner of Notice of the Auction, (iii) Scheduling a Hearing to Consider the Sale of Substantially All of the Debtors' Assets, and (iv) Granting Related Relief, entered on May 15, 2009 [Docket No. 77]

G. Affidavit of Service of (i) Notice of Auction Procedures and Sale Hearing, (ii) Sale Procedures, (iii) Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing, (iv) Cure Exhibit, and (v) Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates, filed on May 19, 2009 [Docket No. 89]

H. Re-Notice of Hearing on Motion for Order Under 11 U.S.C. Sections 105(a), 363 and 365 (i) Authorizing and Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (ii) Authorizing and Approving the Asset Purchase Agreement with Respect Thereto, (iii) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases as Necessary in Connection with the Sale, and (iv) Granting Related Relief, filed on May 21, 2009 [Docket No. 93]

3

I. Affidavit of Service of (i) Amended Notice of Auction Procedures and Sale Hearing, (ii) Sale Procedures, (iii) Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing, (iv) Cure Exhibit, and (v) Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates, filed on May 21, 2009 [Docket No. 94]

J. Certificate of Publication of Notice of Auction and Sale Hearing, filed on May 22, 2009 [Docket No. 96]

K. Notice of Filing of (i) Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing; and (ii) Cure Schedule, filed on May 22, 2009 [Docket No. 97]

L. Notice of Filing of (i) Amended Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing; and (ii) Cure Schedule, filed on May 22, 2009 [Docket No. 98]

M. Affidavit of Service, filed on May 29, 2009 [Docket No. 119]

N. Affidavit of Service, filed on May 29, 2009 [Docket No. 120]

Status: This matter will go forward.

ADDITIONAL MATTER(S):

4. Debtors' Motion for Order Approving Joint Administration of Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Granting Related Relief, filed on May 29, 2009 [Docket No. 125]

Response Deadline: June 2, 2009 at 11:00 a.m.

Responses Received: None

Related Documents: None

Status: This matter will go forward.

Dated: June 1, 2009
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Mark D. Olivere*
_____
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, Delaware 19801
Telephone:   (302) 467-4400
Facsimile:   (302) 467-4450

      -and-

**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Eric H. Horn, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone:   (973) 597-2500
Facsimile:   (973) 597-2400

*Counsel to Debtors and Debtors in Possession*