# SIGN - IN - SHEET

**CASE NAME:** American Community Newspapers LLC
American Community Newspapers Inc.

**COURTROOM LOCATION: 5**

**CASE NO. 09-11446-KJC and 09-11854**

**DATE:** June 2, 2009

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Kile Rosen | Lowenstein Sandler | Debtor |
| Eric Horn | " | " |
| John Sherwood | " | " |
| William Chapman | Landis Rath & Cobb | " |
| Mark Kenney | U.S. Trustee | UST |
| Dimitri Karcazes | Goldberg Kohn | Bank of Montreal |
| Roselle Ichla | Goldberg Kohn | " |
| John Sensing | Morris Nichols Arsht + Tunnell | " |
| Stephen Miller | Moffiss James LLP | American Community Newspaper II (Purdum) |
| | | |
| | | |
| | | |

# S I G N - I N - S H E E T

**CASE NAME:** American Community Newspapers LLC
American Community Newspapers Inc.

**COURTROOM LOCATION: 5**

**CASE NO.** 09-11446-KJC and 09-11854

**DATE:** June 2, 2009

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| David Carickhoff | Blank Rome | Creditors' Committee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 06/02/2009
Calendar Time: 11:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|-----------|-------------------|---------------|-----------|-----------|-------------|
| | | American Community Newspapers LLC | 09-11446 | Hearing | 2857696 | Sarah Teeth *Porter* | 404-572-2706 | King & Spalding | Creditor, GE / LIVE |