# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>American Community Newspapers LLC, *et al.,*[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 09-11446 (KJC)<br><br>(Jointly Administered) |

## NOTICE OF RESCHEDULED OMNIBUS HEARING

PLEASE TAKE NOTICE that the omnibus hearing scheduled for July 7, 2009 at 11:00 a.m. has been rescheduled by the Court to **July 17, 2009 at 1:00 p.m. (ET)**.

Dated: June 4, 2009
       Wilmington, Delaware                  **LANDIS RATH & COBB LLP**

                                   */s/ William E. Chipman, Jr.*

                                William E. Chipman, Jr. (No. 3818)
                                Mark D. Olivere (No. 4291)
                                919 Market Street, Suite 1800
                                Wilmington, Delaware 19801
                                Telephone:    (302) 467-4400
                                Facsimile:    (302) 467-4450

                                       -and-

                                **LOWENSTEIN SANDLER PC**
                                Kenneth A. Rosen, Esq.
                                Mary E. Seymour, Esq.
                                Eric H. Horn, Esq.
                                65 Livingston Avenue
                                Roseland, New Jersey 07068
                                Telephone:    (973) 597-2500
                                Facsimile:    (973) 597-2400

                                *Counsel to Debtors and Debtors in Possession*

---

[1] The Debtors are American Community Newspapers LLC, Amendment I, Inc., Leesburg Today, Inc., Loudoun Magazine, Inc., Loudoun Business, Inc. and American Community Newspapers Inc. The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' Chapter 11 petitions.